IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SOPHIA VAZQUEZ a Minor,<br>By Parents and Guardian,<br>IVANNA VAZQUEZ,<br><br>      Plaintiff,<br>v.<br><br>WAL-MART INC. AND JOHN DOES 1-5,<br><br>      Defendants.<br>_____/ | Civil Action File No.<br>5:21-cv-00098-MTT |

## DEFENDANT'S JURISDICTIONAL STATEMENT

COMES NOW, Defendant Wal-Mart Inc., through its undersigned counsel of record, and, pursuant to Fed. R. Civ. P. 7.1 and to Local Rule 87.1, hereby discloses the following:

Defendant Wal-Mart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas.  Defendant Wal-Mart Inc. was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter.  The principal place of business for Wal-Mart Inc. is 708 SW 8th Street, Bentonville, AR  72716.

                                                  McLAIN & MERRITT, P.C.

                                                  /s/ Ernest L. Beaton, IV
                                                  Ernest L. Beaton, IV
                                                  Georgia Bar No. 213044

Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA  30326
(404) 266-9171
ebeaton@mmatllaw.com

## CERTIFICATE OF SERVICE

This is to certify that on April 23 , 2021, I electronically filed a

**DEFENDANT WAL-MART INC.'S JURISDICTIONAL STATEMENT** with the

Clerk of Court using the CM/ECF system which will automatically send email

notification of such filing to attorneys of record.

                               McLAIN & MERRITT, P.C.

                               /s/ Ernest L Beaton, IV
                               Ernest L. Beaton, IV
                               Georgia Bar No. 213044
                               Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA  30326
(404) 266-9171
ebeaton@mmatllaw.com