# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SOPHIA VAZQUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:20-CV-198 (MTT) |
| WAL-MART, INC., *et al*, | ) ) ) |
| Defendants. | ) ) |

## ORDER TO SHOW CAUSE

According to correspondence from Plaintiff's counsel, Sophia Vazquez is a minor. Doc. 1-2. Accordingly, Plaintiff's counsel, within 14 days, is ordered to explain how this action can be prosecuted by Sophia Vazquez or to move to join an appropriate representative for Sophia Vazquez. Failing that, Plaintiff's counsel, within 14 days, shall show cause why this case should not be dismissed.

**SO ORDERED**, this 26th day of May, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT