

May 17, 2021

Honorable Marc Treadwell,

I noticed my COVID-19 like symptoms today and I notified the court as soon as I reasonably could. I understand that there is no other way to present remotely pursuant to the clerk's instruction. I am respectfully requesting that today's hearing be rescheduled. I began noticing these symptoms this morning.

We are requesting for this hearing to be rescheduled or in the alternative to participate remotely. I am available to present but just not healthy. My cellphone number is 404.918.5368 and I can also be reached by email at Isaiah@gmageorgia.com. This is the best way to contact me as I am not in the office until I receive my results.

Respectfully Submitted this 17th day of May, 2021

GREGORY McMILLAN AND ASSOCIATES

By: _____
ISAIAH GREGORY
Attorney at Law
Georgia Bar No. 672303

3295 River Exchange Drive Suite 545
Peachtree Corners, Georgia 30092
404.328.7818
Fax: 478.772.3551
E-mail: isaiah@gmageorgia.com
cc: admin@gmageorgia.com

Attorney for Plaintiff Sophia Vazquez, a minor child