IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SOPHIA VAZQUEZ a Minor,                    Civil Action File No.
By Parents and Guardian,                       5:21-cv-00098-MTT
IVANNA VAZQUEZ,

                              Plaintiff,

v.

WAL-MART INC. AND JOHN DOES 1-5,

      Defendants.
_____/

## DEFENDANT WALMART INC.'S STATEMENT OF FEES AND EXPENSES RELATED TO ITS APPEARANCE AT MAY 4, 2021 STATUS CONFERENCE

COMES NOW Defendant Walmart, Inc. and, pursuant to the Court's Order (Doc. 12) of May 18, 2021, presents the following statement of attorneys' fees and expenses incurred related to its counsel's appearance at the Court's May 4, 2021 status conference, respectfully showing the Court as follows:

Defendant incurred $712.00 in attorneys' fees and $110.40 in expenses related to its counsel's travel to and from the May 4, 2021 hearing and related appearance at the hearing.

This 1st day of June, 2021.

                                              McLAIN & MERRITT, P.C.

                                              */s/ Ernest L.Beaton, IV*
                                              GA Bar No. 213044
                                              Attorney for Defendant

3445 Peachtree Road, NE
Suite 500
Atlanta, GA 30326
(404) 266-9171
ebeaton@mmatllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing DEFENDANT'S STATEMENT OF FEES AND EXPENSES this day been filed and served upon opposing counsel via email via the Court's ECF filing system.

This the  1st  day of June, 2021.

McLAIN & MERRITT, P.C.

/s/ Ernest L.Beaton, IV
GA Bar No. 213044
Attorney for Defendant

3445 Peachtree Road, NE
Suite 500
Atlanta, GA 30326
(404) 266-9171
ebeaton@mmatllaw.com